AO 442 (Rev. 11/11) Arrest Warrant

FILED 19 JAN '17 11:31 USDC-ORP

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**ORIGINAL**

United States of America
v.
Jared Dale Gillespie

Defendant

Case No. '16-MJ-150

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Jared Dale Gillespie**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Knowingly possessing a mixture or substance containing a detectable amount of MDMA/Ecstasy with the intent to distribute it, in violation of 21 U.S.C. § 841(a)(1).

Date: 12/4/16

*Issuing officer's signature*

City and state: Portland, Oregon

The Honorable Paul Papak, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12-4-16, and the person was arrested on *(date)* 1-9-17
at *(city and state)* Portland OR.

Date: 1-12-17

*Arresting officer's signature*

HOUSEN   DUSM
*Printed name and title*