Thomas E. Price, OSB No. 903626
Assistant Federal Public Defender
Email: thomas_price@fd.org
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524

**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>              v.<br><br>JARED DALE GILLESPIE,<br><br>                              Defendant. | Case No.: 3:17-cr-00044-BR-1<br><br>DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE |

I, Thomas E. Price, declare:

1. I am the attorney appointed to represent Jared Dale Gillespie, in the above-entitled case.

2. A jury trial in this case is currently scheduled for April 11, 2017.  Mr. Gillespie was arraigned on February 10, 2017.  No continuances have been sought by the defense.

Page 1   DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE

3. Mr. Gillespie has received discovery and the defense is conducting investigation in his case, including obtaining information relating to circumstances of the offense and Mr. Gillespie's background. This information relates to pretrial litigation, trial, and sentencing. Mr. Gillespie therefore respectfully requests that this Court continue his case for a period of approximately 60 days or more to accomplish these tasks.

4. I have discussed with Mr. Gillespie his right to a speedy trial. He agrees to the continuance and knows it will result in excludable delay under the provisions of 18 U.S.C. § 3161(h)(7)(A) of the Speedy Trial Act.

5. Assistant United States Attorney Thomas Ratcliffe has no objection to this motion.

6. I make this motion in good faith and not for the purpose of delay.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on March 14, 2017, in Portland, Oregon.

/s/ Thomas E. Price
Thomas E. Price
Attorney for Defendant