**Thomas E. Price, OSB No. 903626**
**Assistant Federal Public Defender**
**Email: thomas_price@fd.org**
**101 SW Main Street, Suite 1700**
**Portland, OR   97204**
**Tel: (503) 326-2123**
**Fax: (503) 326-5524**

**Attorney for Defendant**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.: 3:17-cr-00044-BR** |
| **Plaintiff,** | |
| **v.** | **MOTION FOR LEAVE TO FILE UNDER SEAL** |
| **JARED DALE GILLESPIE,** | |
| **Defendant.** | |

The defendant, Jared Dale Gillespie, through his attorney, Thomas E. Price, hereby moves the Court for leave to file the Declaration of Counsel in Support of Motion to Continue Trial Date under seal as the document contains confidential and privileged information that should not be available in the public record pursuant to Fed. R. Civ. P. 5.2.

Respectfully submitted this 16th day of January, 2018

*/s/ Thomas E. Price*
Thomas E. Price
Assistant Federal Public Defender