**Thomas E. Price, OSB #90362**
thomas_price@fd.org
**Federal Public Defender's Office**
**101 S.W. Main Street, Suite 1700**
**Portland, Oregon 97204**
**(503) 326-2123 Telephone**
**(503) 326-5524 Facsimile**

**Attorney for Defendant**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. 3:17-cr-00044-BR |
| **Plaintiff,** | |
| v. | **DEFENDANT'S SENTENCING MEMORANDUM** |
| **JARED DALE GILLESPIE,** | |
| **Defendant.** | |

Jared Gillespie will appear before this Court for sentencing on January 15, 2019. Pursuant to a plea agreement with the government, Mr. Gillespie pleaded guilty to Count 5 of the Indictment charging him with possession with intent to distribute fentanyl. Mr. Gillespie accepts the calculations in the final presentence report as accurate. At the

time of sentencing, the defense will urge the Court to impose a sentence of 78 months in consideration of § 3553(a) factors.

Respectfully submitted on January 9, 2019.

                                          */s/ Thomas E. Price*
                                          Thomas E. Price, Attorney for Defendant